IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| K.T., R.D., and KAITLIN BAILEY,<br>*Plaintiffs,*<br><br>v.<br><br>A PLACE FOR ROVER and ANTOINE SMITH<br>*Defendants.* | CIVIL ACTION<br><br>NO. 23-02858<br>NO. 23-02859<br>NO. 23-02860 |
|---|---|

# ORDER

**AND NOW**, this 31st day of October, 2023, it is hereby **ORDERED** that Defendant Rover's Motion to Compel Arbitration and to Stay (ECF 15) is **GRANTED** for the reasons stated in the foregoing Memorandum.[1]

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

---

[1] This Court consolidated the three related cases for pretrial purposes on September 18, 2023.  See ECF No. 28 (23-2860).