IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **R.D.**<br><br>*Plaintiff*,<br>vs.<br><br>**A PLACE FOR ROVER, d/b/a ROVER, et al**<br><br>*Defendants.* | **CIVIL ACTION No. 2:23-cv-02859-MMB**<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)** |

Please take notice that Plaintiff, R.D., by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses the above captioned action against all Defendants without prejudice.

Respectfully submitted,

**McELDREW PURTELL**

*/s/ John J. Coyle, Esquire*
JOHN J. COYLE, ESQUIRE
*Attorney for Plaintiff*

Date: September 24, 2024

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed and served on all parties of record using the Court's Electronic Filing System.

**McELDREW PURTELL**

*/s/ John J. Coyle, Esquire*
JOHN J. COYLE, ESQUIRE
*Attorney for Plaintiff*

Date: September 24, 2024